IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00814-RJC-SCR

| | |
|---|---|
| JAYSON KRIEN, et. al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HONEYWELL INTERNATIONAL INC., )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Michael S. Burkhardt, Anne Marie Estevez and Joseph D. Magrisso]" (Doc. Nos. 25-27) filed December 7, 2023. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: December 7, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge