UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| MICHAEL PATRICK NORRIS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 3:23-cv-00844-RJC-SCR |
| | ) | |
| HONEYWELL INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| JAYSON KRIEN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 3:23-cv-00814-RJC-SCR |
| HONEYWELL INTERNATIONAL, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion to Consolidate. (Doc. No. 95). In both actions, Plaintiffs allege Defendant violated their rights under Title VII of the Civil Rights Act. *Norris v. Honeywell International, Inc.*, Civil Action No. 3:23-cv-00844-RJC-SCR, was filed first in the Middle District of Florida and was designated as the lead case before the action was transferred to this district. (Doc. No. 31).

Rule 42 of the Federal Rules of Civil Procedure provides that a court may

1

consolidate actions before it which "involve a common question of law or fact." Local Rule 42.1 establishes the procedure for a motion for consolidation in this district.

It appearing to the Court that Civil Action No. 3:23-cv-00844-RJC-SCR and 3:23-cv-00814-RJC-SCR involve a common question of law or fact and that in the interest of judicial economy, as authorized by Federal Rule of Civil Procedure 42, good cause exists for consolidating these matters, Plaintiff's Motion is granted. The "lead case" is noted as Civil Action No.3:23-cv-00844-RJC-SCR.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's Unopposed Motion to Consolidate, (Doc. No. 95), is **GRANTED**; and

2. Civil Action No. 3:23-cv-00814-RJC-SCR is consolidated with No. 3:23-cv-00844-RJC-SCR with the "lead case" being noted as No. 3:23-cv-00844-RJC-SCR.

**SO ORDERED**.
Signed: August 22, 2024

Robert J. Conrad, Jr.
United States District Judge